UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Petitioner,<br><br>— against —<br><br>CITY OF NEW YORK and CYNTHIA BRANN, COMMSSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION,<br><br>Respondents. | 20-mc-255 (ARR)<br><br><br><br>**Order to Show Cause** |

ROSS, United States District Judge:

Upon the Petition of the United States of America to enforce U.S. Immigration and Customs Enforcement ("ICE") Subpoena No. ERO-ENF-NYC-202000007 seeking documents related to the investigation of Reeaz Khhan, which the United States issued to Respondent City of New York and Respondent New York City Department of Correction Commissioner Cynthia Brann (collectively, "Respondents"), and on the bases of the points and authorities set forth in the United States' memorandum of law submitted in support of the Petition,

IT IS HEREBY ORDERED that Respondents must show cause why they should not be compelled by this Court to produce the books, records, and other papers demanded in the ICE Subpoena No. ERO-ENF-NYC-202000007 (attached as Exhibit A to the Petition) and served upon Respondents; and

1

2

IT IS HEREBY ORDERED that Respondents shall file its response to the Petition by February 18, 2020; and

IT IS HEREBY ORDERED that the United States shall file its reply in support of the Petition by February 25, 2020.

__/s/_____

Allyne R. Ross
United States District Judge

Dated:   February 5, 2020
         Brooklyn, New York

2